# Court of Appeals
# of the State of Georgia

ATLANTA,  May 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0189.  THE GEORGIA VIRTUE v. SMITH**.

The Georgia Virtue filed an emergency motion for expedited consideration, requesting that this Court issue an opinion reversing the trial court's order before May 7, 2026. Said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  05/04/2026*
          *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
          *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*